THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| IN RE: | Edwin Burkacki | ) | CASE NO.: 16-81241-CRJ-13 |
| | XXX-XX-4858 | ) | |
| | Kelly Burkacki | ) | CHAPTER: 13 |
| | XXX-XX-0375 | ) | |
| | DEBTORS. | ) | |

## AMENDMENT TO PLAN

**COMES NOW,** the Debtor by and through their attorney, Jeffrey B. Irby and moves to amend their Plan, reflecting corrected information, by substituting the attached Plan for the one previously filed.

Respectfully submitted,

/s/: **Edwin Burkacki**
**Edwin Burkacki**

/s/: **Kelly Burkacki**
**Kelly Burkacki**

/s/: *Jeffrey B. Irby*
Jeffrey B. Irby
Attorney for Debtor
JEFFREY B. IRBY, P.C.
300 Clinton Ave West, Ste 23
Huntsville, AL 35801
Phone: (256) 517-1505
Fax: (256) 517-1521

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon **Mike Ford, Chapter 13 Trustee, and all creditors on attached matrix** by depositing a copy of the same in the United States mail properly addressed and first class postage prepaid on this the 6th day of July 2016.

/s/: *Jeffrey B. Irby*
Jeffrey B. Irby

# AMENDED Chapter 13 Plan

Case No.: 16-81241

Debtor(s): Edwin Burkacki III           SS#: xxx-xx-4858           Net Monthly Earnings: $2268.60

Kelly Burkacki           SS#: xxx-xx-0375           Number of Dependents: 0

I. Plan Payments:

(X) Debtor(s) proposes to pay a periodic payment of $330.00. **X monthly** into the plan; or

( ) Payroll deduction order: To _____ for _____ **monthly**.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $19800.00.

**X** Chapter 13 case filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| NA | | | |

B. Total Attorney Fee: $3000.00 ; $197.00 paid pre-petition;

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| NA | | ☐ by Trustee ☒ by Debtor | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| A & D Investments | $89.00 | $8851.00 | $8175.00 | $676..8 | 2006 Honda Accord | 5.25% | $211.00 | * |
| Aarons | $13.00 | $1298.00 | $1298.00 | NA | Sectional & Ottoman | 5.25% | $26.00 | * |
| Farmers Furniture | $5.00 | $342.61 | $342.61 | NA | Riding Mower | 5.25% | $9.00 | * |
| Farmers Furniture | $19.00 | $1869.85 | $1869.85 | NA | Washer & Dryer | 5.25% | $48.00 | * |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| NA | | | | |

IV. Special Provisions

☒ This is an amended Plan replacing the one filed on 4/26/2016

☒ This plan proposes to pay unsecured creditors  pro-rata  %.

X Other provisions 1. All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment requests to facilitate these monthly maintenance payments. 2. All secured claims shall be paid as noted in Section 1 or until said claim is paid in full. Claims distribution will be subject to modification after bar date review. 3. From the Plan payments received, the Trustee shall first pay any administrative costs, except attorney fees. From the remaining balance, the required adequate protection payment(s) shall be paid at the earliest times possible, with the balance going toward paying attorney fees until paid in full. When these cost have been Paid, the Trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed pro rata to properly filed unsecured claims. 4. Debtor will surrender Kirby Vac to United Consumer for the debt.

Name/Address/Telephone/Attorney for Debtor(s):           Dated: 7/6/2016

Jeffrey B. Irby
300 Clinton Ave West Ste 23
Huntsville, AL 35801
256-517-1505 fax 256-517-1521

/s/:Edwin Burkacki           /s/Kelly Burkacki
Signature of Debtor           Signature of Joint Debtor

```
Label Matrix for local noticing          (p)FARMERS FURNITURE                  U. S. Bankruptcy Court
1126-8                                   ATTN CORPORATE CREDIT DEPT            400 Well Street
Case 16-81241-CRJ13                      PO BOX 1140                           P. O. Box 2775
NORTHERN DISTRICT OF ALABAMA             DUBLIN GA 31040-1140                  Decatur, AL 35602-2775
Decatur
Mon May  9 11:09:15 CDT 2016

A & D Investment                         Aarons Inc                            Aarons Rent to Own
8254 Brindlee Mt Pkwy                    1537 N Brindlee Mountain Pkwy         2800 Canton Road, Ste 900
Arab, AL 35016                           Arab, AL 35016-5726                   Marietta, GA 30066-5477


Advance America                          Amerisol                              COMCAST
4710 University Drive Unit 2             Po Box 65018                          PO BOX 105257
Huntsville, AL 35816-3408                Baltimore, MD 21264-5018              ATLANTA, GA 30348-5257


Checkmate                                Complete Cash                         Covington Credit
2501-B Jordan LN                         37 Golfviwe Drive NE                  1400 2nd Ave NW
Huntsville AL 35816-1011                 Arab, AL 35016-5467                   Cullman, AL 35055-1705


Covington Credit                         Credit Central                        Credit Coll
Po Box 1947                              700 E North St Ste 15                 Po Box 9134
Greenville SC 29602-1947                 Greenville, SC 29601-3013             Needham, MA 02494-9134


Creditcentrl                             Cullman Electric                      Cullman Primary Care
942  N Brindlee Mountain Pkwy            1749 Eva Road NE                      503 Clark Street NE
Arab, AL 35016-1065                      Cullman, AL 35055-6031                Cullman, AL 35055-1921


(p)DIRECTV LLC                           Diversified                           Dr Cara Humphries
ATTN BANKRUPTCIES                        10550 Deerwood Park Blvd              15 12th Ave NW
PO BOX 6550                              Jacksonville, FL 32256-2805           Arab, AL 35016-1977
GREENWOOD VILLAGE CO 80155-6550


Easy Money                               Enhanced Recovery Co L                Farmers Furn
309 2nd Ave NW                           8014 Bayberry Rd                      Po Box 1140
Cullman, AL 35055-2822                   Jacksonville, FL 32256-7412           Dublin, GA 31040-1140


Franklin Col                             Franklin Collection Sv                Hanceville Water
2978 W Jackson St                        2978 W Jackson St                     203 Main St NW
Tupelo, MS 38801-6731                    Tupelo, MS 38801-6731                 Hanceville, AL 35077-5052


MIDLAND FUNDING LLC                      Marshall Medical Center South         Med Data Sys
PO Box 2011                              PO Box 11407                          645 Walnut St Ste 5
Warren, MI 48090-2011                    Birmingham, AL 35246-0100             Gadsden, AL 35901-4173
```

| | | |
|---|---|---|
| Medical Data Systems I<br>645 Walnut St Ste 5<br>Gadsden, AL 35901-4173 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | (p)PEOPLES BANK OF ALABAMA<br>1912 CHEROKEE AVE SW<br>CULLMAN AL 35055-5595 |
| Redstone Federal Credit Union<br>220 Wynn Drive<br>Huntsville, AL 35805-4513 | Ronnie Val Ison<br>1652 2nd Ave<br>Hanceville, AL 35077 | Santander Consumer Usa<br>8585 N Stemmons Fwy Ste 1100-n<br>Dallas, TX 75247-3822 |
| Security Fin<br>C/o Security Finan<br>Spartanburg, SC 29304 | Security Finance<br>654 11th Ave NW<br>Arab, AL 35016-1900 | Solstas Lab Partner<br>Po Box 740032<br>Cincinnati, OH 45274-0032 |
| United Consumer Finl S<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | WELLS FARGO<br>PO BOX 98798<br>LAS VEGAS, NV 89193-8798 | Webbnk/fhut<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303-0820 |
| West Point Water<br>11802 AL Hwy 157<br>Po Box 10<br>Vinemont, AL 35179-0010 | Edwin Burkacki III<br>Po Box 512<br>Arab, AL 35016-0512 | Jeffrey B. Irby<br>Jeffrey B. Irby, P.C.<br>300 Clinton Ave W, Ste 23<br>Huntsville, AL 35801-5590 |
| Kelly Lynn Burkacki<br>Po Box 512<br>Arab, AL 35016-0512 | Michael Ford<br>Chapter 13 Standing Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Farmers Furniture<br>Attn Corporate Credit<br>PO Box 1140<br>Dublin, GA 31040-1140 | (d) Farmers Furniture<br>Attn: Corporate Credit<br>PO Box 1140<br>Dublin, GA 31040 | Directv<br>PO Box 78626<br>Phoenix, AZ 85062-0000 |
| Peoples Bank<br>811 Second Avenue, SW<br>Cullman, AL 35055-0000 | End of Label Matrix<br>Mailable recipients   46<br>Bypassed recipients    0<br>Total   46 | |