THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE:   Edwin Burkacki | ) | CASE NO.: 16-81241-CRJ-13 |
| XXX-XX-4858 | ) | |
| Kelly Burkacki | ) | CHAPTER: 13 |
| XXX-XX-0375 | ) | |
| DEBTORS. | ) | |

## WITHDRAWAL OF OBJECTION TO CLAIM

COMES NOW the Debtors, by and through their attorney, Jeffrey B. Irby, and moves to withdraw the object to the Proof of Claim #12 filed by United Consumer Financial Services as claim has been amended.

DATED: 7/20/2016

        Respectfully submitted,
        Law Office of Jeffrey B. Irby P.C.
        300 Clinton Ave West Ste 23
        Huntsville, AL 35801
        (256) 517-1505
        Fax (256) 517-1521
        by:
        /s/Jeffrey B. Irby
        Jeffrey B. Irby

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Debtor's Objection To Claim to the parties listed below by placing a copy of same in the United States mail, properly addressed, first class postage prepaid to Michael Ford, Chapter 13 Trustee and United Consumer Financial Services, c/o Bass & Associates, Attn: RaeAnne Burleig, 3936 E Ft. Lowell Rd, Tucson, AZ 85712-1083, on this the 20th day of July 2016.

        /s/: Jeffrey B. Irby
        Jeffrey B. Irby